USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC ROGERS,

    Plaintiff,

-against-

SPACE COWBOY BOOTS LLC, et al.,

    Defendants.

19-CV-5795 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The parties having failed to comply with any of the pre-conference requirements outlined in the Order Scheduling Settlement Conference (Dkt. No. 18), the settlement conference currently scheduled for **March 18, 2020, at 2:15 p.m.** is ADJOURNED *sine die*.

No later than **March 20, 2020**, the parties shall file a joint letter updating the court on the status of the case and proposing three dates on which they are available for a rescheduled settlement conference, preferably before the deadline to submit their Joint Pretrial Order on May 1, 2020. Judge Moses ordinarily holds settlement conferences Monday through Thursday afternoons, commencing at 2:15 p.m. Given the current public health emergency, Judge Moses will entertain requests to appear telephonically.

Nothing in this Order affects the parties' other litigation deadlines or obligations.

Dated: New York, New York
      March 13, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**