

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC ROGERS,

    Plaintiff,

-against-

SPACE COWBOY BOOTS LLC, et al.,

    Defendants.

19-CV-5795 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The parties have now failed to meet three successive Court-ordered deadlines in this matter.

First, as the Court noted in its order dated March 13, 2020 (March 13 Order) (Dkt. No. 19), the parties were scheduled for a settlement conference before Judge Moses on March 18, 2020 but "failed to comply with any of the pre-conference requirements outlined in the Order Scheduling Settlement Conference (Dkt. No. 18)." March 13 Order, at 1. The March 13 Order directed the parties to "file a joint letter updating the Court on the status of the case and proposing three dates for a rescheduled settlement conference" no later than March 20, 2020. *Id*.

Second, the parties failed to meet the deadline set in the March 13 Order. Instead of a joint letter on March 20, 2020, plaintiff submitted a unilateral letter on April 6, 2020 – over two weeks late – requesting a sixty day stay of all deadlines. (Dkt. No. 20.) In an order dated April 8, 2020 (April 8 Order) (Dkt. No. 22), the Court granted the requested extension and directed the parties "to submit a joint status letter, updating the Court on the progress of discovery and settlement discussions, no later than **June 5, 2020**." (Emphasis in the original).

Third, and most recently, the parties failed to meet the June 5 deadline set in the April 8 Order.

It is hereby ORDERED that the parties shall submit a joint letter, no later than **June 15, 2020**, updating the Court on the progress of discovery and settlement discussions.

**The parties are reminded that this Court's orders are orders, not suggestions. Substantial sanctions are available if a party "fails to obey a scheduling or other pretrial order." Fed. R. Civ. P. 16(f)(1)(C). Should the parties fail for a fourth time to obey an order of this Court, they should expect to be sanctioned appropriately**.

Dated: New York, New York
       June 10, 2020

SO ORDERED.

_____
BARBARA MOSES
United States Magistrate Judge