UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  06/23/2020
```

ERIC ROGERS,

          Plaintiff,

    -against-

SPACE COWBOY BOOTS LLC, et al.,

          Defendants.

19-CV-5795 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The parties' joint request for a 60-day stay of discovery (*see* Dkt. No. 25) IS GRANTED to the extent that all deadlines are EXTENDED by 60 days. Discovery is not stayed, but will close on **August 3, 2020**. No further extensions will be granted absent compelling circumstances.

    Judge Moses will hold a telephonic status conference on **July 27, 2020 at 10:00 a.m.** At that time, the parties are directed to dial **(888) 557-8511** and enter the access code **7746387**. **Please treat the conference as you would a public court appearance. If a conference or hearing in another matter is ongoing, please be silent (mute your line) until your case is called.**

    In advance of the conference and no later than **July 20, 2020**, the parties shall file a joint letter, no longer than four pages, updating the Court on the status of discovery and settlement.

Dated: New York, New York
      June 23, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**