```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
――――――――――――――――――――――――――――――
ERIC ROGERS

                    Plaintiff,          19 cv 5795 (JGK)

        - against -                     ORDER

AGHAJUN HOLDINGS LLC,

                    Defendant.
――――――――――――――――――――――――――――――
```

**JOHN G. KOELTL, District Judge:**

Because the deadline for filing dispositive motions has passed, and no such motions have been filed, the parties should submit the Joint Pre-Trial Order and other pre-trial filings by **October 23, 2020.** Failure to do so may result in the case being dismissed for failure to prosecute.

**SO ORDERED.**

**Dated:**   **New York, New York**
    **October 2, 2020**              /s/ John G. Koeltl
                                      **John G. Koeltl**
                             **United States District Judge**